

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Jeremiah Navarro v. The State of Texas

Appellate case number:   01-20-00308-CR

Trial court case number: CR2014-389

Trial court:             207th District Court of Comal County

   Appellant's brief was originally due on August 14, 2020. On March 18, 2021, after granting multiple prior extension requests by appellant, the Court granted an extension to April 19, 2021, with no further extensions. On April 20, 2021, appellant filed another motion requesting an additional 30-day extension. Although appellant has not filed a brief by the date requested in the extension motion, we grant one final extension to **September 1, 2021**. Unless an appellant's brief is filed by September 1, 2021, this case will be abated and remanded to the trial court for a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b). *See* TEX. R. APP. P. 38.8(b)(2), (3).

   It is so ORDERED.


Judge's signature: _____/s/ Gordon Goodman_____
          Acting individually


Date:  _____August 12, 2021_____